02

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

HARTFORD CT

| | | |
|---|---|---|
| ANN PISCOTANNO | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01cv 1311 (CFD) |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF SOMERS, GORDON | : | |
| J. MELLO, CONRAD | : | |
| MCINTIRE, JR | : | |
| Defendants | : | OCTOBER 9, 2003 |

## PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE SUMMARY JUDGMENT

Counsel for the Plaintiff herein respectfully move that the time within which the Plaintiff must file an Answer to Defendant's Motion for Summary Judgment be extended to the close of business of the Clerk's Office on October 17, 2003 for the following reasons:

1.     Counsel for Plaintiff is also Corporation Counsel for the City of West Haven and for the past several weeks been involved in an extensive litigation matter concerning the City. Counsel is also a sole practitioner.

2.     Counsel has the draft Answer written, and is expected to be completed no later than October 17, 2003.

3.     Counsel believes this to be the Plaintiffs third request for