FILED

2003 OCT 17 P 12: 03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| ANN PISCOTTANO | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01cv 1311 (CFD) |
| VS. | : | |
| TOWN OF SOMERS, GORDON J. MELLO, CONRAD MCINTIRE, JR | : | |
| Defendants | : | OCTOBER 17, 2003 |

## MATERIAL FACTS PLAINTIFF CONTENDS THERE IS A GENUINE ISSUE TO BE TRIED

1. Did the Defendant, Gordon Mello, violate the Constitutional Rights of the Plaintiff by refusing her the right to speak at a public meeting?

2. Was Attorney James Walker the agent of the Defendant, Conrad McIntire?

3. Did the Defendant, Conrad McIntire, violate the Constitutional Rights of the Plaintiff, through his agent, by stating at a Board meeting: he would "sue anyone who questioned McIntire's actions."?

4. Were the protected Due Process rights of the Plaintiff violated by the actions of the Defendant, Mello, in terminating a meeting?

5. Do the actions of the Defendant constitute municipal policy for which the Town of Somers is responsible?

6. Is the Defendant, Mello, a policymaker?

7. Is the Defendant, McIntire, a policymaker?

8. Do the actions of Defendant McIntire's attorney, as agent of the Defendant, constitute policy that results in a restriction of Plaintiff's free speech?

9. Is the Town of Somers responsible for the actions of the Defendant, Mello or McIntire?

10. Does the action of the Defendant, McIntire, in filing a state court action, constitute a "chilling" effect for which he or the municipality, or both, are legally responsible?

11. Did the actions in denying the Plaintiff the right to speak, while allowing others, violate the Equal Protection Clause of the State & Federal Constitution?

12. Was the Plaintiff selectively treated because of animosity or ill will by the Defendant's?

THE PLAINTIFF

By_____
Michael P. Farrell
Attorney At Law
201 Center Street
West Haven, CT 06516
(203) 934-8638
Federal Bar #CT 00169

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this date via first class mail, postage prepaid, to:

>James P. Mooney, Esq.
>Law Office of Kelly & Mooney
>2452 Black Rock Turnpike
>Fairfield, CT 06432

>_____
>Michael P. Farrell
>201 Center Street
>West Haven, CT 06516
>Tel. No. (203) 934 8638
>Federal Bar #CT 00169