

2004 OCT -6  P 12: 23

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN PISCOTANNO | : | CIVIL ACTION NO. |
| | : | 3:01CV 1311 (CFD) |
| **Plaintiff** | : | |
| | : | |
| VS. | : | |
| TOWN OF SOMERS, GORDON J. | : | OCTOBER 5, 2004 |
| MELLO, CONRAD MCINTIRE, | : | |
| JR. | : | |
| **Defendants** | : | |

### MOTION TO WITHDRAW APPEARANCE

Undersigned counsel for the Defendant, Raymond J. Kelly, respectfully requests that his appearance on behalf of the Defendant be withdrawn, as he is no longer representing the Defendant. Effective August 20, 2004 Attorney Mooney has been employed by Willinger, Willinger and Bucci and he will continue to represent the Defendant.

THE DEFENDANT,

By: _____
Raymond J. Kelly, Esquire
Law Office of Raymond J. Kelly
2452 Black Rock Turnpike
Fairfield, Connecticut 06825
(203) 373-7780
Federal Bar No.: CT 00824

## **CERTIFICATION**

     This is to certify that on October 5, 2004 a copy of the foregoing Motion to Withdraw Appearance was mailed, postage prepaid, via first class U.S. mail to:

Attorney Michael P. Farrell
201 Center Street
West Haven, Connecticut 06516

Attorney James P. Mooney
Willinger, Willinger and Bucci, P.C.
855 Main Street
Bridgeport, Connecticut   06604-4919

                                      RAYMOND J. KELLY, Esquire
                                      Federal Bar No.: CT 00824