Ann Piscottano
72 Root Road
Somers, CT. 06071
(860) 749-0691
(860) 978-8572
Apiscottan@Aol.com

Honorable Judge Christopher F. Droney
US District Court
450 Main Street
Hartford, Ct.

RECEIVED

2006 JAN 26 A 11: 23

CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

01CV1311 CFD

January 24, 2006

Honorable Judge Droney,

I am respectfully asking for a continuance in my court case, Piscottano v. Town of Somers, due to the death of my attorney, Michael Farrell. I have recently been advised that Attorney Farrell passed away sometime in December 2005 and I am presently seeking new counsel. I have been advised by the CT. Bar Assoc. that all of Mr. Farrell's files will be turned over to a trustee who will then review and distribute the files but that the process can take up to 6 to 8 weeks before being completed. I have been in contact with another attorney, Jon L. Schoenhorn, who is willing to review my file when it is available and he has advised me to ask the court for a continuance until at least the end of March 2006. If granted, this will allow Attorney Schoenhorn the time to obtain and review the file before having to appear in court.

I respectfully ask that my request be taken into consideration and that due to the unusual circumstances it be granted.

Respectfully,

*Ann Piscottano*
Ann Piscottano

Cc: Jon Schoenhorn
    David Pinney, First Selectman, Town of Somers