**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ANN PISCOTANNO | : | CASE NO. 3:01-CV-01311-CFD |
|    Plaintiff | | |
| V. | : | |
| TOWN OF SOMERS, GORDON J. MELLO, CONRAD McINTIRE, JR. | | |
|    Defendants | : | FEBRUARY 7, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendant, CONRAD McINTIRE, JR., in the above-captioned matter. The defendant has been represented in this matter by Attorney James Mooney. Furthermore, Attorney Mooney was successful in securing the dismissal of this action as to this particular defendant pursuant to a Motion for Summary Judgment.

**WHEREFORE**, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

DEFENDANT – CONRAD McINTIRE, JR.

BY_____
James J. Walker of
Kahan, Kerensky & Capossela, LLP
45 Hartford Turnpike
P.O. Box K
Vernon, CT 06066-2181
Jwalker@kkc-law.com
Federal Bar No. Ct20302
His Attorneys

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ANN PISCOTANNO | : | CASE NO. 3:01-CV-01311-CFD |
|    Plaintiff | | |
| V. | : | |
| TOWN OF SOMERS, GORDON J. MELLO, CONRAD McINTIRE, JR. | | |
|    Defendants | : | FEBRUARY 7, 2006 |

### CERTIFICATION OF SERVICE

This is to certify that on this 7th day of February 2006, copies of the foregoing were mailed, certified mail, return receipt requested, to all counsel and pro se parties of record:

Michael P. Farrell, Esq.
201 Center Street
West Haven, CT 06516

James P. Mooney, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604-4919

 

_____
James J. Walker