Ann Piscottano
72 Root Road
Somers, CT. 06071
(860) 749-0691
(860) 978-8572
Apiscottan@Aol.com

Honorable Judge Christopher F. Droney
US District Court
450 Main Street
Hartford, Ct.

March 10, 2006 - March 23, 2006

Honorable Judge Droney,

On January 24, 2006 I sent a letter requesting a continuance in my court case, Ann Piscottano v. Town of Somers, et al, Civil Action No.: 3:01 CV 1311 (CFD) due to the death of my attorney, Michael Farrell. It is my understanding that this continuance was granted. I am writing today to request another continuance because I have not yet been able to receive my files which would allow me to hire a new attorney if necessary.

In addition to a request for a continuance, I am requesting that Michael Farrell be removed as my attorney on record and that for the time being I am allowed to represent myself in this matter. I would also like to make the court aware that I have been in contact with opposing counsel and that we are trying to reach a settlement out of court. I am trying to do this without the added expense of new counsel as I have not been able to find out the status of the funds that I paid to Attorney Farrell. If at all possible, I would like to request that the court set a date for a settlement hearing between myself and Attorney Mooney in the event that we are unable to reach an agreement.

Thank you for your consideration in this matter.

Respectfully,


Ann Piscottano

Cc: James P. Mooney, Willinger, Willinger & Bucci, P.C.