**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**<u>ELECTRONIC FILING ORDER IN CIVIL CASES</u>**

The parties shall file all documents in this case electronically. Counsel must comply with the following requirements:

1.    Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2.    Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide chambers with one paper copy of the following e-filed documents:

All documents (including briefs and exhibits) relating to the following:

- a.    Applications for temporary restraining orders, preliminary injunctions, or prejudgment remedies;

- b.    Dispositive motions (motions to dismiss, for judgment on the pleadings, or for summary judgment);

- c.    Requested jury instructions;

- d.    Joint Trial Memorandum;

- e.    Trial briefs, including proposed findings of fact and conclusions of law; and

- f.    Any other motion, request or application which, taken together with all related filings (<u>e.g.</u>, memorandum in support and affidavits), is in excess of 10 pages.

**IT IS SO ORDERED.**

 /s/ Christopher F. Droney
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE