UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN PISCOTTANO | : | CIVIL ACTION NO. |
| | : | 3:01-cv-01311(CFD) |
| **Plaintiff** | : | |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF SOMERS, GORDON J. | : | APRIL 3, 2006 |
| MELLO and CONRAD MCINTIRE, JR. | : | |
| | : | |
| **Defendant** | : | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41 (a)(1)(ii), the parties to the above captioned matter hereby stipulate that the above entitled matter may be dismissed with prejudice and withdrawn as the parties have reached a settlement of all issues, each party to bear its own cost and attorney's fees.

THE DEFENDANTS,

BY _____
James P. Mooney, Esquire
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604
Tele: (203) 366-3939 Fax: (203) 337-4588
Federal Bar No.: CT 09070

THE PLAINTIFF,

BY _____
Ann Piscottano
(Pro Se)
72 Root Road
Somers, CT 06071